IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GERALD B. HEBERT**                                                            **PLAINTIFF**

**V.**                                            **1:06cv46-LG-RHW**

**GEORGE PAYNE,** *et al.*                                        **DEFENDANTS**

## ORDER OF RECUSAL

The above-captioned cause comes before the Court, *sua sponte,* pursuant to Title 28 U.S.C. § 455, and the undersigned, having reviewed this matter, finds that there are certain grounds under 28 U.S.C. § 455 which would require that he be disqualified from further participation in this case.

**IT IS THEREFORE ORDERED** that the undersigned hereby recuses himself from further participation in this case.

**SO ORDERED AND ADJUDGED**, this the 24th day of January, 2006.


/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE