IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF
MISSISSIPPI SOUTHERN DIVISION



GERALD B. HEBERT

V.            NO: 1:06cv46 LG-RHW

GEORGE PAYNE et, al


CERTIFICATE OF SERVICE

I, GERALD B. HEBERT, do hereby certify that I have this day delivered, via U.S. mail, postage fully pre-paid, a true and correct copy of the above and foregoing pleading to the following:

DUKES, DUKES, KEATING AND FANECA, P.A.
P.O. DRAWER W
Gulfport, MS 39502-0680

This 19TH day June, 2006

Gerald B. Hebert
PLAINTIFF

In The United States District Court
Southern District of Mississippi

GERALD B. Hebert (PLAINTIFF)

v.      NO: 1:06 cv 46 LG-JMR

GEORGE PAYNE, et, al

TO: Dukes, Dukes, Keating and Faneca P.A.
P.O. DRAWER W
Gulfport, Mississippi 39502-0680

Pursuant to the Fed.R.Civ.P 34(b) the plaintiff Gerald B. Hebert, ask the Defendants, "IN GOOD FAITH" to produce all production of Documents and request for Interrogatories of Defendents, before the 30 day deadline. (June 24, 2006) failure to do so will force me to file a motion to compell.

Respectfully Submitted

6-19-06

Gerald B. Hebert
PLAINTIFF