EX. 1

To:   All Inmate Population

From: Librarian/ A. Andrews

Thru: Program Manager/ W. Brown

Date: June 8, 2006

Re:   ILAP Request Forms

---

Please be advised as of June 19, 2006, the processing of ILAP Request forms will be changed accordingly. ILAP delivery and pick-up will be coincided with your normal Library Schedule.

1. All requests will be screened and processed on <u>MONDAYS</u> <u>ONLY</u>. If you miss the Monday pick-up, your request will be processed the following week.
2. You will then receive notice of your request through the mail. Upon notice you may pick-up your request on <u>YOUR</u> <u>LIBRARY</u> <u>DAY</u> or you will be called for.
3. Only requests with **EMERGENCY DEADLINES** will be permitted at any time during the week. You must have a valid proof of a **DEADLINE**.
4. Only ten (10) cases/statutes can be requested per week.

Your cooperation will result in receiving your requests and responding quickly and efficiently.

GERALD B. Hebert #K4559  Ex.2
WCCF W/TANGO-106
P.O. Box 1079
2999 Hwy 61 north
Woodville, MS 39669

No Responce

ACLU of Mississippi
PO Box 2242
Jackson, MS 39225-2242

ACLU of Mississippi
921. N. Congress st
Jackson, MS 39202

RETURN TO SENDER

INMATE CORRESPONDANCE FROM A CORRECTIONAL FACILITY