IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**GERALD B. HEBERT, #K4559**                                                    **PLAINTIFF**

V.                                                    CIVIL ACTION NO. 1:06cv46LG-JMR

**GEORGE PAYNE, MAJOR RILEY,
RICK GASTON, PHIL TAYLOR, SGT.
ELLSBERRY, OFFICERS GREGORY,
BILLINGSLY AND ADOFT, ALL IN
THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES**                                                                  **DEFENDANTS**

### FIRST SET OF INTERROGATORIES PROPOUNDED TO PLAINTIFF, GERALD B. HEBERT, BY DEFENDANT, DIANNE GATSON-RILEY, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES

COMES NOW, Defendant, Dianne Gatson-Riley, in her Official and Individual Capacities, by and through his attorneys, Dukes, Dukes, Keating and Faneca, P.A., and by way of Interrogatories in accordance with the Federal Rules of Civil Procedure, does hereby propound the following discovery unto the Plaintiff, Gerald B. Hebert.

This discovery is continuing in nature and requires you to file supplemental answers in accordance with the Federal Rules of Civil Procedure if you obtain further or different information after submission of your initial answers before trial, including in each supplemental answer the date and manner in which further or different information came to your attention. The Interrogatories are propounded as follows, to-wit:

**INTERROGATORY NO. 1:** Please identify yourself fully giving your full name, any aliases, age, date and place of birth, and social security number. If you have changed your name, please also provide your legal birth name.



EXHIBIT "A"

**INTERROGATORY NO. 2:** Please list all of your residence addresses, including the street addresses, city or town, and state for the past ten (10) years, as well as your reason for moving from each address.

**INTERROGATORY NO. 3:** Have you ever been convicted of a felony or a misdemeanor criminal offense? If your answer is in the affirmative, please furnish specifics concerning each offense, including the date, place, disposition of case, cause number, court, and sentence imposed.

**INTERROGATORY NO. 4:** Have you ever been placed on probation or parole as a result of any court appearance? If your answer is in the affirmative, please furnish specifics concerning each offense resulting in your parole or probation status, including the date, place, disposition of case, case number, court, and sentence imposed.

RESPECTFULLY SUBMITTED, this the 6th day of June, 2006.

**DIANNE GATSON-RILEY, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES, Defendant**

BY: **DUKES, DUKES, KEATING & FANECA, P.A.**

BY: s/Cy Faneca
CY FANECA, MSB #5128
HALEY N. BROOM, MSB #101838

Cy Faneca, MSB #5128
Sul Ozerden, MSB #99220
Haley N. Broom, MSB #101838
**DUKES, DUKES, KEATING & FANECA, P.A.**
2909 - 13th Street, Sixth Floor
Post Office Drawer W
Gulfport, Mississippi 39502
Telephone: (228) 868-1111
Facsimile: 228) 863-2886

## CERTIFICATE OF SERVICE

I, CY FANECA, do hereby certify that I have this day delivered, via United States Mail, postage fully pre-paid, a true and correct copy of the above and foregoing pleading to the following:

Gerald B. Hebert #K4559
WCCF U/T-106
Post Office Box 1079
2999 Hwy 61 North
Woodville, MS 39669

This, the 6th day of June, 2006.

s/Cy Faneca
CY FANECA