In The United States District Court for the Southern District of Mississippi Southern Division

FILED
JUN 29 2006
J.T. NOBLIN, CLERK
BY _____ DEPUTY

GERALD B. HEBERT

V.    No: ~~1:06-cv-46-LG-RHW~~ 1:06cv46-LG-RHW

GEORGE PAYNE et al

## CERTIFICATE OF SERVICE

I GERALD B. HEBERT, do hereby certify that I have this day delivered, via US mail, postage fully pre-paid, a true and correct copy of the above and ~~pleads~~ foregoing pleading to the following: Plaintiff answer to defendants Interrogatories and motion to strike defendants Interrogatories
Dukes, Dukes, Keating and Faneca, P.A.
P.O. Drawer W
Gulfport, Ms 39502-0680

This 26TH day June, 2006

Gerald B. Hebert
Plaintiff

EXHIBIT "B"

In The United States District Court for the Southern District of Mississippi Southern Division

GERALD B. Hebert

V.   No: 1:06cv46-LG-RHW

GEORGE PAYNE et, al

## PLAINTIFF ANSWER TO DEFENDANTS INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

The Plaintiff objects to the Defendants request for Interrogatories and for Production of Documents. Pursuant to the Federal Rules of civil procedure 12(f) and ~~[struck]~~ The Plaintiff's motion to strike the Defendants Interrogatories on the grounds of insufficient defense, redundant, immaterial, impertinent, scandalous and has no merit in this case. The Plaintiff also objects to Defendant Interrogatories pursuant to the Rules of Evidence 402, 403 and 404.

The Plaintiff is unable to produce documents of to Defendant's do to His incarceration witch or not tangible to him and are considder ~~[struck]~~ unprivileged documents.   Gerald B. Hebert
PLAINTIFF