Law Offices of

# DUKES, DUKES, KEATING & FANECA, P.A.

14094 Customs Boulevard, Suite 100
Gulfport, Mississippi 39503

WALTER W. DUKES
HUGH D. KEATING
CYRIL T. FANECA
PHILLIP W. JARRELL
W. EDWARD HATTEN
TRACE D. MCRANEY
SUL OZERDEN*
WILLIAM SYMMES
BOBBY R. LONG

\*\*\*\*\*\*

JE'NELL B. GUSTAFSON\*\*
JASON B. PURVIS
RICH CASSADY
DAVID N. DUHÉ
HALEY N. BROOM

\*also licensed in AL, FL, LA
\*\*also licensed in CA

Writer's Direct E-Mail:
Cy@ddkf.com

July 3, 2006

WILLIAM F. DUKES
(1927 - 2003)

POST OFFICE DRAWER W
GULFPORT, MISSISSIPPI 39502

TELEPHONE
228-868-1111

FACSIMILE
228-864-1418

Gerald B. Hebert #K4559
WCCF U/T-106
Post Office Box 1079
2999 Hwy 61 North
Woodville, MS 39669

    Re:    Gerald B. Hebert v. George Payne, Major Riley, Rick Gaston, Phil Taylor, Sgt. Nathan Ellsberry, Officers Jacent Gregory, James Billingsly and Brian Adoft, in their individual and official capacities
Civil Action No. 1:06cv46LG-JMR
Our File No. 1811.096

Dear Mr. Hebert:

    I am in receipt of your Answers to Defendants' Interrogatories and Requests for Production of Documents. Please further provide Defendants with your Answers or Objections as required by the Federal Rules of Civil Procedure within the next ten (10) days or sign the enclosed Good Faith Certificate on the line indicated and return same to me in the stamped, self-addressed envelope.

    If I do not receive discovery responses in compliance with the Federal Rules of Civil Procedure, or the signed certificate from you within the ten (10) days, I will proceed with a Motion to Compel and note that you refuse to sign the certificate and/or comply with the Federal Rules of Civil Procedure.

    Very truly yours,

    DUKES, DUKES, KEATING AND FANECA, P.A.

    /s/ Cy Faneca
    Cy Faneca, Esq.

CF/cl


EXHIBIT "C"

FORM 5 (ND/SD MISS. DEC. 2000)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**GERALD B. HEBERT**

                      Plaintiff

v.                                    CIVIL ACTION NO.    1:06cv46LG-JMR

**GEORGE PAYNE, MAJOR RILEY,
RICK GASTON, PHIL TAYLOR, SGT.
ELLSBERRY, OFFICERS GREGORY,
BILLINGSLY AND ADOFT, ALL IN
THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES**

                      Defendants

### GOOD FAITH CERTIFICATE

All counsel certify that they have conferred in good faith to resolve the issues in question and that it is necessary to file the following motion:

                      Motion to Compel

Counsel further certify that:

✔ as appropriate:

      1. The motion is unopposed by all parties.
_____

      2. The motion is unopposed by:
_____

✓    3. The motion is opposed by:  Plaintiff
_____

FORM 5 (ND/SD MISS. DEC. 2000)

    4. The parties agree that replies and rebuttals to the motion shall be submitted to the magistrate judge in accordance with the time limitations stated in Uniform Local Rule 7.2

This the _____ day of _____July_____ 2006.

_____
Signature of Pro Se Plaintiff

Gerald B. Hebert
_____
Pro Se Plaintiff

_____
Signature of Defendant's Attorney

Cy Faneca, MSB # 5128
_____
Typed Name and Bar Number