In The United States District Court of The Southern District of Mississippi Southern Division

GERALD B. HEBERT

V.      No: 1:06cv46-LG-RHW

GEORGE PAYNE et, al



Brief in Support of Affidavit to Strike Interrogatories.

This is a §1983 action filed by a prisoner at Wilkerson County Correctional Facility seeking damages and relief for, the denial of procedural due process, preliminary Injuction, Temporary Restraining Order, Injunctive relief, punitive damages and relief for equal protection and the denial of medical care.

## Statment of Facts

On June 6TH, 2006, the Defendants Requested production of document's and Interrogatories.
   The Plaintiff Objects to all Interrogatories pursuant to the Fed.R.civ.P 12(F) 36(a) and the rules of Evidence 402, 403, and 404. as set forth in the plaintiff's affidavit.

Respectfully Submitted This day of      2006
                                  Gerald B. Hebert
                                     Plaintiff