**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**SOUTHERN DISTRICT OF MISSISSIPPI**

# MEMORANDUM

TO: Docket Clerk *Wendy*

FROM: Sandra McCormack, Chief Deputy Clerk
by: Katherine Alexander

SUBJECT: Change of address by a prisoner-plaintiff



DATE: 9/21/06

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
SEP 25 2006
J T NOBLIN, CLERK
BY_____ DEPUTY

Please check the attached list of cases and make a docket entry for the change of address as follows:

If the case is CLOSED then use the event code "**rmknn.**" with the text entry of the new address.
Otherwise, if the case is PENDING or on APPEAL, then use the event code "**chgadd.**" with the text entry of the new address.



RECEIVED
SEP 25 2006
Clerk, U.S. District Court
Southern District of Miss.

# 1:06-cv-00046-LG-JMR Hebert v. Payne et al
Louis Guirola, Jr, presiding
John M. Roper, referral
**Date filed:** 02/23/2006 **Date of last filing:** 08/29/2006

## Query

Alias
Assignment History
Associated Cases
Attorney
Calendar - Monthly...
Case File Location...
Case Summary
Corporate Parents
Deadlines/Hearings...
Docket Report...
Filers
History/Documents...
Judge

Party
Motions Report...
Related Transactions...
Speedy Trial
Status

**Update Person Information**

| | | | |
|---|---|---|---|
| Last name | Hebert | First name | Gerald |
| Middle name | B. | Generation | |
| Gender | | ATY Type | |
| Title | | CRT Type | |
| Bar number | | Type | Party |
| Prisoner id | #K4559 | | |
| Office | | | |
| Unit | 4240 Reece Dr., #141 | | |
| Address 1 | | | |
| Address 2 | | | |
| Address 3 | | | |
| City | D'Iberville | State | MS | Zip | 39540 |
| Country | | County | |
| Phone | | Fax | |
| Primary e-mail address | | | |
| Initials | | DOB | | AO code | | End date | |
| Civil ref style | | Criminal ref style | |
| Date sworn | | Status | |

[Next]  [Clear]